# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KEEBLE DONALE WALKER, <br><br> Plaintiff, <br><br> v. <br><br> GANNETT MUSKOGEE DAILY PHOENIX, et al., <br><br> Defendants. | Case No. 11-CIV-006-RAW |

## JUDGMENT

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and in accordance with the Order entered herein, the court hereby enters this judgment for the Defendants, dismissing this action with prejudice.

Dated this 25th day of January, 2011.

_____
Ronald A. White
United States District Judge
Eastern District of Oklahoma